UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNICE S.,<br><br>        Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. CV 17-8688 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for reconsideration of a closed period of disability during the period October 17, 2013 through January 15, 2015.

DATED: January 10, 2019

_____
ALICIA G. ROSENBERG
United States Magistrate Judge